# WASHINGTON LAWYERS' COMMITTEE
## FOR CIVIL RIGHTS & URBAN AFFAIRS •

September 13, 2011

Charles Warren
Administrator
New Jersey State Prison
P.O. Box 861
Trenton, New Jersey 08625

:CEIVED

B ᘔ 9 2012

AT 8:30_____M
WILLIAM T. WALSH
CLERK

**Re:    David Womack  SBI # 0S01569275, 537775**

Dear Mr. Warren:

On Friday, September 9, 2011, I attempted to visit my client, David Womack, at the New Jersey State Prison. This was a pre-arranged legal visit, coordinated with your staff. I was denied access to my client on the basis of Mr. Womack's alleged refusal to comply with illegal and highly inappropriate strip search procedures prior to our meeting. These newly-adopted procedures require Mr. Womack to emerge naked from his cell and submit to full body and cavity search under the full view of several cells of other inmates. On behalf of Mr. Womack and his legal team, I strongly object to the imposition of these inhumane procedures and demand that Mr. Womack be granted full access to his attorneys, as required by law.

On September 9, after waiting more than one hour after the scheduled appointment time, I and another attorney were informed by a correctional officer that Mr. Womack "refused to comply with strip search policy." Based on prior reports from Mr. Womack, I asked the officer if these strip search procedures involved Mr. Womack being forced to submit to a search in front of other prisoners on the tier. He indicated, in the presence of the other attorney, that this was indeed the case. I verbally protested this procedure and was re-directed to you.

A short while later, a senior official at your facility (you?) spoke to me in the waiting area. This official insisted that Mr. Womack had "refused to comply" with the strip search policy. When I attempted to determine whether this policy required the inhumane and unnecessary practices described above, the conversation was immediately terminated. Subsequently, I requested a copy of the "strip search policy" from staff at the facility, given that this was the alleged basis for denial of my client's access to his attorneys. I was promptly told to leave the premises, on orders from the Administrator.

As you know, Mr. Womack is being held in your facility through an arrangement with the federal Bureau of Prisons (BOP). While he is in your custody, you are required to allow him access to his attorneys, among other duties. You are not permitted to subject him to arbitrary, illegal and inhumane treatment while he is in your custody, like the alleged "strip search policy" described here. The practice of forcing Mr. Womack to stand naked before dozens of other inmates serves no penological purpose, but rather the goal is to punish him through humiliation,, and to potentially subject him to violence. There is simply no reason why he cannot be searched in private, as are all other prisoners in your facility prior to a visit.

Charles Warren
September 13, 2011
Page 2

        When I and another attorney visited Mr. Womack approximately six weeks prior, again
on a legal visit arranged through your staff, we were forced to wait more than three hours. Staff
claimed that the delay was due to Mr. Womack being visited by BOP officials. We later learned
that this was a falsehood, that BOP officials had not been visiting Mr. Womack. Instead, we
learned that your staff and Mr. Womack had been in a standoff for several hours, with Mr.
Womack resisting being strip searched in front of other prisoners. Ultimately, your staff reached
a resolution with Mr. Womack that did not involve this humiliating process, and the legal visit
occurred.

        It is undeniable that Mr. Womack is fully entitled to meet with his attorneys. Your staff
has placed numerous obstacles making these visits difficult or impossible, this latest episode
being the most egregious. This cannot continue. I am formally requesting: (1) a copy of the strip
search policy in question, (2) an immediate end to the practice of forcing Mr. Womack to be
forced to stand naked before other prisoners, whether prior to legal visits or as a precondition to
receiving recreation or other out-of-cell activities, and (3) assurances from your office that future
legal visits will be facilitated and that his attorneys will have appropriate access to Mr. Womack
as necessary.

Sincerely,

Philip Fornaci
Director, DC Prisoners' Project

Cc:        John Emshwiller
           Senior National Correspondent
           The Wall Street Journal

           Gary M. Lanigan
           Commissioner, NJ Department of Corrections
           Whittlesey Road, P.O. Box 863
           Trenton 08625-0863

           Paula T. Dow
           Attorney General
           Office of the Attorney General
           P.O. Box 080
           Trenton, NJ 08625-0080

           Gary LoCassio
           Acting Director, Division on Civil Rights
           Office of the Attorney General
           PO Box 090
           Trenton, NJ 08625-0090

Charles Warren
September 13, 2011
Page 2

Jonathan Smith
Chief, Civil Rights Division, Special Litigation
U.S. Department of Justice

Peter Brustman
Community Corrections Manager
Federal Bureau of Prisons
US Department of Justice
P.O. box 329014
Brooklyn, New York 11232

Mr. LONNIE (9-14-2011)

**Form 256 - I**
**N.J.A.C. 10A:4**

**STATE OF NEW JERSEY**
**DEPARTMENT OF CORRECTIONS**

4B-R-Cell-7

**Revised**
**1/2000**

APPEAL OF DISCIPLINARY DECISION  [APELACIÓN DE UNA DECISIÓN DISCIPLINARIA]

Please Print or Type [Sírvase usar letras de molde o máquina de escribir]

To: Mr. WARREN   New Jersey State prison
Correctional Facility [Institución de Corrección]

TO ADMINISTRATOR , Administrator
[PARA] [Administrador]

FROM Mr. DAVID L. WOMACK   DOC 537-775   4B-R-Cell-1
[DE] Name [Nombre]   Number [Número]   Housing Unit [Unidad de Vivienda]

Sir: [Sr(a).]:

I appeared before the Disciplinary Hearing Officer _____
[Comparecí ante el(la) Oficial de Audiencias Disciplinarias]   Name [Nombre]

on 09/13/2011 at 450 ☒ AM ☐ PM for violation of Prohibited Act # 256
[el]   [a las]   [por violación al Acto Prohibido]

# _____ # _____ # _____ # _____

1. I wish to appeal the decision of the hearing officer, based on the following reasons:
   [Deseo apelar la decisión del Oficial de Audiencias, basándome en las siguientes razones:]

   ☒ violation of Standards [violación de las Normas]

   ☐ misinterpretation of the facts [mala interpretación de los hechos]

   ☐ a plea of leniency [una petición de indulgencia]

   ☒ other [otra]

2. ☐ I request that the sanction imposed be suspended pending appeal. [Solicito que la sanción impuesta se suspenda mientras se apela]

EXPLANATION: [EXPLICACIÓN:]

THE FOURTH AMENDMENT TO THE U.S CONSTITUTION PROTECTS PRISONERS FROM SEARCHES AND SEIZURES GROUNDED IN ARBITRARY, CAPRICIOUS OR HARASSING MOTIVATION. SEE ATTACHMENTS 2-3

PREPARED BY: [PREPARADO POR:]

Printed name of person preparing form
[Nombre en letra de molde de la persona que preparó el formulario]

Signature of person preparing form
[Firma de la persona que preparó el formulario]

David L. Womack   9-14-2011 9:30 ☐ AM ☒ PM
Signature of inmate [firma del(la) confinado(a)]   Date [Fecha]   Time [Hora]

RECEIVED BY:
C. Samaruk   9/15/11 0635 ☒ AM ☐ PM
Printed Name   Signature   Date   Time

A PUBLIC STRIP SEARCH CONDUCTED IN THE VIEW OF OTHER PRISONERS IS ARBITRARY, CAPRICIOUS AND HARASSING. IT IS FOR THIS ADMINISTRATION TO MANAGE THE PRISON IN SUCH FASHION SO THAT PUBLIC STRIP SEARCHES OF INMATES DO NOT OCCUR.

THE 256 PROHIBITED ACT IN THIS CASE ARISES OUT OF Sgt. BEATTY PUT ME TO CHOOSING BETWEEN SUBJECTING MYSELF TO A PUBLIC STRIP SEARCH BEFORE RECEIVING AN ATTORNEY VISIT. BECAUSE WALKING FROM MY CELL NAKED TO STICK MY BUTTOCKS OUT AS FAR AS POSSIBLE, SPREAD MY RECTUM OPEN, AND LIFT UP MY GENITALS IN VIEW OF OTHER PRISONERS IS TOO HUMILIATING AND DEGRADING, I ABANDONED MY ATTORNEY VISIT.

WITHOUT ATTEMPTING TO SET OUT ALL THE SCENERIOUS, THERE ARE OBVIOUS, EASY ALTERNATIVES TO THE PUBLIC STRIP SEARCH POLICY/PRACTICE THAT WO-

- 2 -

ULD NOT POSE A RISK TO OTHER PRISONERS OR STAFF OR CREATE A RIPPLE EFFECT IN THE PRISON. FOR EXAMPLE, OFFICERS CAN SEARCH ME FROM IN THE CELL WHILE I PUT MY CLOTHING THROUGH THE FOOD PORT OR STRIP SEARCH ME IN THE SECLUDED SHOWER AREA, RATHER THAN HAVE ME WALK FROM THE CELL NAKED, UP TO THE SECURITY GATE, TO BE STRIP SEARCHED IN THE VIEW OF OTHER PRISONERS WHILE STANDING ON THE TIER.

FINALLY, THE 60 DAYS LOSS OF RECR-EATION I RECEIVED FROM THE 256 PROHIBITED ACT VIOLATES PRISON REGULA-TIONS. 10A: 4-5.1(b) 2 SAYS THE MOST I CAN RECEIVE FOR A FINDING OF GUILT FOR THE 256 IS LOSS OF ONE OR MORE CORRE-CTIONAL FACILITY PRIVILEGES UP TO 30 CALENDAR DAYS.

-3-



## State of New Jersey
### DEPARTMENT OF CORRECTIONS
WHITTLESEY ROAD
PO Box 863
TRENTON, NJ 08625-0863

CHRIS CHRISTIE
*Governor*

KIM GUADAGNO
*Lt. Governor*

September 27, 2011

GARY M. LANIGAN
*Commissioner*

Phillip Fornaci, Director
DC Prisoners' Project
Washington Lawyers' Committee for Civil Rights Urban Affairs
11 Dupont Circle, NW Suite 400
Washington, DC 20036

      RE:   **David Womack SBI# OSO01569275**

Dear Mr. Fornaci:

     My office is in receipt of your correspondence dated September 13, 2011 regarding your visit with Womack, David # OSO01569275. As I understand the facts, you were here at New Jersey State Prison on Friday September 9, 2011 for a prearranged legal visit with inmate Womack which did not take place due to inmate Womack's refusal to comply with N.J.A.C. 10A:3-5.7, specifically, he refused to submit to a strip search. You were informed of this. At your request, you spoke with an Assistant Superintendent who attempted to address your concerns. As it became obvious that a productive conversation would not occur at that time, you were asked to leave the facility.

     At no time during his incarceration in the New Jersey Department of Corrections has Mr. Womack been unjustly denied a visit with his attorneys. He, like any other inmate housed in New Jersey State Prison, is required to comply with the rules and regulations of the department. Included in your missive, are a number of assumptions regarding the search procedures of the department. For your edification, please refer to N.J.A.C. 10A:3-5.7 which governs the strip search procedures employed by the NJDOC.

                          Respectfully,

                          Charles E. Warren Jr.
                          Administrator
                          New Jersey State Prison

CEW:cew

C:     Gary M. Lanigan, Commissioner
       Michelle R. Ricci, Director
       Melinda Haley, Director, Office of Legal and Regulatory Affairs
       File

Form 256 - II
N.J.A.C. 10A:4

4bR

**STATE OF NEW JERSEY**
**DEPARTMENT OF CORRECTIONS**

Revised
1/2000

## DISPOSITION OF DISCIPLINARY DECISION  [DISPOSICIÓN DE LA APELACIÓN DISCIPLINARIA]

**Please Print or Type  (Sírvase usar letras de molde o máquina de escribir)**

New Jersey State Prison
Correctional Facility  [Institución de Corrección]

TO       Womack, David                                    537775 / OSO1569275
(PARA)        Name  [Nombre]                                    Number  [Número]

FROM     William J. Anderson                          Assistant Superintendent
(DE)          Name  [Nombre]                                    Title  [Título]

I have reviewed the appeal of your disciplinary hearing held on ___9/13/2011___, _9:50_ ☒ AM ☐ PM
[He revisado la apelación de su audiencia disciplinaria que tuvo lugar el]

for violations of  # *256 , # _____ , # _____ , # _____ ; adjudicated by Hearing
[por violacioines de]                                                            tuvo fallo dicto el(la)]

Officer   Makarski                                     , and have determined that:
[Oficial de Audiencias]                               [y he determinado que]

☒ The decision of the Hearing Officer is upheld.  [Se respalda la decisión de(la) Oficial de Audiencias]

☐ The decision of the Hearing Officer is rescinded.  [Se rescinde la decisión de(la) Oficial de Audiencias]

☐ The decision of the Hearing Officer is modified.  [Se modifica la decisión de(la) Oficial de Audiencias]

☐ The decision of the hearing Officer is rescinded and a new hearing is ordered.  [Se rescinde la decisión de(la)
   Oficial de Audiencias y se ordena una nueva audiencia.]

EXPLANATION:  [EXPLICACIÓN]

A review of the charge, investigation and its adjudication revealed that 10A and all of the safeguards

therein were adhered to.  Your appeal failes to delineate any violation of standard as it pertains to this

charge or its sanction.  For this reason the decision of the Hearing Officer is upheld.

___N/A___       Defendant's mental health history was reviewed and considered  (if applicable)
                [El estado de salud del defendido fue revisado y considerado]  (si se requiere)

_____
Signature of Administrator or Designate

_9/28/11_        _11:01_        ☒ AM ☐ PM
Date              Time

Delivered by  _____          _9-29-11_
                  J. KANE                          Date
                  Printed name of employee

_____                        _____
Signature of Inmate                             J. KANE
                                                Signature of employee if inmate refuses to sign

RECEIVED
SEP 29
COURTLINE

# State of New Jersey

DEPARTMENT OF CORRECTIONS
WHITTLESEY ROAD
PO BOX 863
TRENTON NJ 08625-0863

CHRIS CHRISTIE
*Governor*

GARY M. LANIGAN
*Commissioner*

October 27, 2011

Mr. David Womack #537775
New Jersey State Prison
P.O. Box 861
Trenton, NJ 08625-0861

Dear Mr. Womack:

I have received your letter dated 10/13/11.

I do not condone, nor tolerate, unprofessional behavior by my staff. However, with respect to your concern about your sanctions, only the Administrator or the Administrator's designee at your facility can modify sanctions. Once you have exhausted this remedy, you may appeal your case to the New Jersey Superior Court.

Sincerely,

John Falvey
Asst. Director
Inmate Disciplinary Hearing Program

JF/yw

c: file

# WASHINGTON LAWYERS' COMMITTEE
## FOR CIVIL RIGHTS & URBAN AFFAIRS

October 17, 2011

Charles Warren, Administrator
New Jersey State Prison
P.O. Box 863
Whittlesbey Road
Trenton, New Jersey 08625

> **Re:   David Womack  SBI # 0S01569275, 537775**

Dear Mr. Warren:

Thank you for responding to my letter of September 13, 2011, regarding my difficulties in securing a legal visit with Mr. David Womack on September 9. In particular, I appreciate your providing a reference for the relevant policy with which staff at New Jersey State Prison claim Mr. Womack failed to comply. You have not disputed that Mr. Womack has refused strip searches that would force him to appear naked in front of other inmates, as confirmed by two of your staff. Such practices are directly contradicted by the policy you have cited to me. Mr. Womack is being punished and denied legal visits for refusing to comply with procedures that are explicitly prohibited by official policy.

Since at least February 2011, Mr. Womack has endured a strip search procedure as follows: He must take off his clothes while in his cell and slide them through the food slot. He is then ordered to exit from his cell to the tier, where he can be seen naked by numerous other prisoners and staff, and ordered to manually expose all body cavities for a visual inspection by DOC staff. In the process, he is subjected to humiliating jeers and insults of the other prisoners, and targeting for potential assault. This is the procedure to which Mr. Womack has refused to comply, and subsequently the basis for cancellation of his legal visit and the denial of other privileges in your facility. When I asked an officer on September 9 whether Mr. Womack had refused a strip search that required him to appear naked before other prisoners, the officer answered: "That's the policy."

Mr. Womack's refusal to comply with this imposed "policy" at the <u>New Jersey State Prison</u> is actually supported by the NJDOC policy you provided. The "policy" imposed upon him is in clear violation of NJDOC regulations. <u>Section (c) of N.J.A.C. 10A:3-5.7</u> specifically notes:

> (c) A strip search shall be conducted:
>
> 1. At a location where the search cannot be observed by unauthorized persons;
>
> 2. In a professional and dignified manner, with maximum courtesy and respect for the inmate's person;

A strip search conducted in full view of other prisoners ("unauthorized persons") violates this policy. Secondly, such unprofessional and humiliating practices also violate section <u>(c) 2, which</u> is the basis for Mr. Womack's refusal to submit to a strip search in front of "unauthorized persons."

Karen Boyd                    10-19-2011
P.O. Box 855
Trenton, N.J. 08625


Administrator Charles Wagner;
Today your officers put me at the choice of
Either (1) Removing all of My clothing in the cell
walk out on the tier Naked bend over spread My
buttocks, display My anal cavity, and Raise My
genitals For their Inspection at the gate In
the presence of other Inmates or (2) For going
Making (Legal, phone call to My case Manager In
the (Bop). these searches are unpleasant
Embarrassing, Humiliating, Cause Fear of sexual
Assault, and Have no connection to smuggling.


                    Mr. David Womack
                    Doc #537-775,,
                    SBI, 0501569275
                Trenton State prison
                    p.o. Box 861
                Trenton, New Jersey, 08625

Form: IRSF 101
N.J.A.C. 10A:1-4

Revised 1/2008

# NEW JERSEY DEPARTMENT OF CORRECTIONS
**[DEPARTMENTO DE CORRECCIONES DE NUEVA JERSEY]**

## INMATE REMEDY SYSTEM FORM
**[FORMULARIO DEL SISTEMA DE REMEDIO DEL CONFINADO]**

### PART [PARTE] 1
INMATE'S REMEDY OR COMPLAINT AREA:
[ÁREA DE REMEDIO O QUEJA DEL CONFINADO]

**TYPE OF REQUEST** (Only check one box)
[TIPO DE PETICIÓN]   (Llene solamente una caja)

☒ ROUTINE INMATE REQUEST
[PETICIÓN RUTINARIA DEL CONFINADO]

☐ INTERVIEW REQUEST
[PETICIÓN PARA UNA ENTREVISTA]

INMATE'S NAME: David L. Womack
[NOMBRE DEL CONFINADO]

SBI NUMBER: 0501569275
[NÚMERO DE SBI]

INSTITUTION: NJSP
[INSTITUCIÓN]

HOUSING UNIT: 4BR-8
[UNIDAD DE VIVIENDA]

DATE: Oct. 18, 2011
[FECHA]

Administrator Charles Wagner:

Today, your officers put me at the choice of either (1) removing all of my clothing in the cell, walk out on the tier naked, bend over, spread my buttocks, display my anal cavity, and raise my genitals for their inspection at the gate in the presence of other inmates OR (2) forgoing making (legal) phone call to my case manager in the BOP. These searches are unpleasant, embarrassing, humiliating, cause fear of sexual assault, and have no connection to smuggling.

No action taken on this form. DOC Corrective Action form issued with paragraph(s) # _____ marked.
[No se tomó ninguna medida en este formulario. Se proveyó el formulario de Acción Correctiva del DOC con el (los) párrafo(s) # _____ indicado(s).]

### PART [PARTE] 2
THE ABOVE INMATE INFORMATION WAS DETERMINED BY THE COORDINATOR AS ONE OF THE FOLLOWING:
[EL COORDINADOR DETERMINÓ QUE LA INFORMACIÓN ANTERIOR DEL CONFINADO ES UNO DE LOS SIGUIENTES]

☐ ROUTINE INMATE REQUEST
[PETICIÓN RUTINARIA DEL CONFINADO]

☒ INTERVIEW REQUEST
[PETICIÓN PARA UNA ENTREVISTA]

ROUTINE OR URGENT
[RUTINARIO O URGENTE]

RECEIVED BY: _____
[RECIBIDO POR]

SUBJECT OF REQUEST: _____
[TEMA DE LA PETICIÓN]

DATE FORWARDED TO DEPARTMENT: _____
[FECHA EN QUE SE ENVIÓ AL DEPARTAMENTO]

DATE RESPONSE RETURNED TO I/M: _____
[FECHA EN QUE SE DEVOLVIÓ AL CONFINADO]

DEPARTMENT RESPONSIBLE: _____
[DEPARTAMENTO RESPONSABLE]

CASE NUMBER: _____
[NÚMERO DEL CASO]

| | YEAR [AÑO] | MONTH [MES] | EXCEL LINE [LÍNEA DE EXCEL] |
|---|---|---|---|

### PART [PARTE] 3
STAFF RESPONSE AREA [ÁREA DE RESPUESTA DEL PERSONAL]:

STAFF SIGNATURE [FIRMA DEL PERSONAL]: _____

DATE [FECHA]: _____

Attachments: From Inmate: _____
[Documentos Adjuntos]  Del Confinado:
From Staff: _____
[Del Personal]

SIGNATURE OF ASST SUPT or APPROPRIATE ADMINSTRATIVE DESIGNEE
[FIRMA DEL SUBSUPT o LA PERSONA ADMINISTRATIVA CORRESPONDIENTE DESIGNADA POR ÉL]

DATE [FECHA]: _____

DOC Staff Response forms: _____
[Formularios de Respuesta del Personal del DOC]

### PART [PARTE] 4
INMATE'S ADMINISTRATIVE APPEAL INFORMATION [INFORMACIÓN DE APELACIÓN ADMINISTRATIVA DEL CONFINADO]:

ADDITIONAL ATTACHMENTS:
[DOCUMENTOS ADJUNTOS ADICIONALES]

INMATE'S SIGNATURE [FIRMA DEL CONFINADO]

DATE [FECHA]

### PART [PARTE] 5
DATE APPEAL RECEIVED: _____
[FECHA EN QUE SE RECIBIÓ LA APELACIÓN]

DATE APPEAL RETURNED: _____
[FECHA EN QUE SE DEVOLVIÓ LA APELACIÓN]

APPEAL DECISION AND ADMINISTRATOR'S COMMENTS:   ☐ UPHELD [CONFIRMADA]   ☐ MODIFIED [MODIFICADA]   ☐ DENIED [NEGADA]

# United States District Court
## District of New Jersey

David Lee, Womack,                                    3, 24, 2011

CV-02932-AET-TJB

Civil Action No.

I, Angel Rivera # 548010
Can Varify  That David Womack,
Was placed in Cell-6-4-B-Right
On Feb-16 2011, And left there
Till March 24 2011
Cell Six Is a "Special Housing"
Cell, It Does Not have a "Bunk,"
"Tables," "Desk" or "Stool,"
It Does Not have a light switch.
Gaurds Control when light is turned
off and on, from out side of Cell
It also has a Camra inside Cell,
I can Varify that while in this
Cell  Mr. Womack Either had
to Stand up to eat his meals, or
Sit on "floor," (No tables or Desk)
And that he had to Sleep on floor.
I heard Mr. Womack repeatly
Ask  to be Moved to "Regular" Cell.

Angel Rivera
# 548070 / 050157 4800

## Other Orders/Judgments

3:10-cv-02932-AET -TJB WOMACK v. MOLEINS et al **CASE CLOSED on 09/06/2011**
ADMCLOSED

**U.S. District Court**

**District of New Jersey [LIVE]**

**Notice of Electronic Filing**

The following transaction was entered on 11/15/2011 at 2:22 PM EST and filed on 11/15/2011

**Case Name:**      WOMACK v. MOLEINS et al
**Case Number:**   3:10-cv-02932-AET -TJB
**Filer:**
**Document Number:** 16

**Docket Text:**
**ORDER REOPENING CASE in order for this Court to entertain Pltf's IFP application and,
if same is granted, to screen the Complaint for dismissal. Signed by Judge Anne E.
Thompson on 11/14/2011. (gxh)**

**3:10-cv-02932-AET -TJB Notice has been electronically mailed to:**

**3:10-cv-02932-AET -TJB Notice will not be electronically mailed to::**

DAVID L. WOMACK
#537-775
NEW JERSEY STATE PRISON
SBI#OS-01569275
PO BOX 861
TRENTON, NJ 08625

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=11/15/2011] [FileNumber=5476076-
0] [798797a32f32b5a6b5a0ca54983aed8c9ed3770de61b1d8ecc35d7e1760273b542
0c59d433ddd23d63d2537ad145c1ac5adbef0154fdf6e9fe7e4ecd30fff7cc]]

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

DAVID L. WOMACK,                      :
                                      :        Civil Action No. 10-2932 (AET)
            Plaintiff,                :
                                      :
      v.                              :        **ORDER**
                                      :
WILLIAM J. MOLEINS, et al.,           :        R E C E I V E D
                                      :
            Defendants.               :
                                               NOV 15 2011

IT APPEARING THAT:                             AT 8:30_____M
                                               WILLIAM T. WALSH
                                               CLERK

1.    On June 9, 2010 Plaintiff David L. Womack, an inmate

      confined at New Jersey State Prison, filed this civil action

      in forma pauperis, without prepayment of fees or security,

      asserting claims pursuant to 42 U.S.C. § 1983.

2.    The matter was administratively terminated on June 11, 2010

      because Plaintiff did not submit the $350.00 filing fee or

      an in forma pauperis application as required by 28 U.S.C.

      § 1915(a)(1), including a certified copy of his inmate trust

      fund account statement(s) for the six-month period

      immediately preceding the filing of his complaint as

      required by 28 U.S.C. § 1915(a)(2).

3.    On July 12, 2010 the Clerk of the Court received

      correspondence from Plaintiff regarding change of address.

4.    On February 25, 2011 the Clerk of the Court received

      correspondence from Plaintiff indicating that he had been

      moved to a federal facility for surgery.  Plaintiff stated

      that he had trouble obtaining the six-months statement due

to his transfer.

5. On March 1, 2011 the Clerk of the Court received Plaintiff's Motion to Vacate and for Appointment of Counsel (docket entry 8), in which Plaintiff requested that case be reopened and that he be appointed counsel.

6. The Clerk of the Court received subsequent correspondence from Plaintiff, none of which satisfied the requirement to provide a certified copy of his inmate trust fund account statement(s) for the six-month period immediately preceding the filing of his complaint as required by 28 U.S.C. § 1915(a)(2).

6. On August 26, 2011, the matter was reopened to address the submissions from Plaintiff, the Motion to Vacate and for Appointment of Counsel was denied, and the matter once again administratively terminated.

7. On October 3, 2011, the Clerk of the Court received from Plaintiff an Application to proceed in forma pauperis.

8. Plaintiff had also filed, in the United States Court of Appeals for the Third Circuit, a Petition for Writ of Mandamus. That Petition was denied on November 3, 2011.

IT IS THEREFORE on this _14th_ day of _November_, 2011,

ORDERED that the Clerk shall reopen the file in order for this Court to entertain Plaintiff's application to proceed in forma pauperis and, if same is granted, to screen the Complaint for dismissal, pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A

and/or 42 U.S.C. § 1997e.

Anne E. Thompson
United States District Judge

## Other Orders/Judgments

3:11-cv-02884-JAP -DEA WOMACK v. NEW JERSEY et al **CASE CLOSED on 08/22/2011**

ADMCLOSED

**U.S. District Court**

**District of New Jersey [LIVE]**

## Notice of Electronic Filing

The following transaction was entered on 11/15/2011 at 2:32 PM EST and filed on 11/15/2011

**Case Name:** WOMACK v. NEW JERSEY et al

**Case Number:** 3:11-cv-02884-JAP -DEA

**Filer:**

**WARNING: CASE CLOSED on 08/22/2011**

**Document Number:** 6

**Docket Text:**
**ORDER that the Clerk shall reopen the file in order for this Court to entertain Plaintiffs application to proceed in forma pauperis and, if same is granted, to screen the Complaint for dismissal, pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A and/or 42 U.S.C. § 1997e. Signed by Judge Joel A. Pisano on 11/15/2011. (mmh)**

**3:11-cv-02884-JAP -DEA Notice has been electronically mailed to:**

**3:11-cv-02884-JAP -DEA Notice will not be electronically mailed to::**

DAVID L. WOMACK
SBI, OSO1569275-5377
NEW JERSEY STATE PRISON
PO BOX 861
TRENTON, NJ 08625

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1046708974 [Date=11/15/2011] [FileNumber=5476160-0] [0ea91b6c39ee7c523efc3c69a8715ada0ce14db69abd89c6214137e7eeb1a65cfb d75768e033ab69994e1191d0d5726441df738daaccc224efe0ac609372aae1]]

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

DAVID L. WOMACK,        :
                     :    Civil No. 11-2884 (JAP)
         Plaintiff, :
                     :
        v.          :    **ORDER**
                     :
NEW JERSEY, et al., :
                     :
        Defendants.  :

IT APPEARING THAT:

1.    On May 20, 2011, Plaintiff David L. Womack, an inmate

confined at New Jersey State Prison, filed this civil action

in forma pauperis, without prepayment of fees or security,

asserting claims pursuant to 42 U.S.C. § 1983.

2.    The matter was administratively terminated on August 22,

2011 because Plaintiff did not submit the $350.00 filing fee

or an in forma pauperis application as required by 28 U.S.C.

§ 1915(a)(1), including a certified copy of his inmate trust

fund account statement(s) for the six-month period

immediately preceding the filing of his complaint as

required by 28 U.S.C. § 1915(a)(2).

3.    On September 23, 2011, the Clerk of the Court received from

Plaintiff an Application and/or Motion for Expedited Relief.

4.    On October 3, 2011, the Clerk of the Court received from

Plaintiff an Affidavit of Poverty and Account Certification.

8.    Plaintiff had also filed, in the United States Court of

Appeals for the Third Circuit, a Petition for Writ of

Mandamus.  That Petition was denied on November 3, 2011.

IT IS THEREFORE on this 15th day of November, 2011,

ORDERED that the Clerk shall reopen the file in order for this Court to entertain Plaintiff's application to proceed in forma pauperis and, if same is granted, to screen the Complaint for dismissal, pursuant to 28 U.S.C. §§ 1915(e)(2)(B) and 1915A and/or 42 U.S.C. § 1997e.

S/ Joel A. Pisano
Joel A. Pisano
United States District Judge

DLD-028

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-2840

_____

IN RE:  DAVID LEE WOMACK,
                                    Petitioner

_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to D. Ct. Civ. Nos. 10-cv-02932 and 11-cv-02884)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
October 27, 2011

Before:  AMBRO, JORDAN and VANASKIE, <u>Circuit</u> <u>Judges</u>

### **JUDGMENT**

This cause came to be considered on a petition for writ of mandamus submitted on

October 27, 2011.  On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the petition for writ of mandamus

be, and the same is, denied.  All of the above in accordance with the opinion of the Court.

ATTEST:

<u>/s/Marcia M. Waldron,</u>
Clerk

DATED:  November 3, 2011

OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

# United States Court of Appeals

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1790
Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



November 3, 2011

William T Walsh
United States District Court for the District of New Jersey
Clarkson S. Fisher Federal Building and United States Courthouse402 East State Street
Trenton, NJ 08608

RE: In re: David Womack
Case Number: 11-2840
District Case Number: 3-10-cv-02932
District Case Number: 3-11-cv-02884

Dear Clerk:

Enclosed please find copies of the following filed today in the above-entitled case:

1. Opinion

2. Certified copy of the Judgment denying the issuance of a writ of mandamus/prohibition.

Please acknowledge receipt of the enclosed copy of this form.

Very truly yours,

*Marcia M. Waldron*

Marcia M. Waldron,
Clerk

By:
/s/Marianne, Case Manager

DLD-028                                          **NOT PRECEDENTIAL**

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 11-2840
_____

IN RE:  DAVID LEE WOMACK,
                                    Petitioner
_____

On a Petition for Writ of Mandamus from the
United States District Court for the District of New Jersey
(Related to D. Ct. Civ. Nos. 10-cv-02932 and 11-cv-02884)
_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
October 27, 2011
Before:  AMBRO, JORDAN and VANASKIE, Circuit Judges

(Opinion filed November 3, 2011)
_____

OPINION
_____

PER CURIAM

David Womack, a New Jersey prisoner, petitions for a writ of mandamus

compelling the District Court to screen his two civil rights complaints under the in forma

pauperis ("IFP") statute, consolidate the two actions, and appoint counsel to represent

him.  For the reasons that follow, we will deny the petition.

I

In June 2010, Womack, who claims to be illiterate with a developmental

disability, filed in the District Court a civil rights complaint alleging that prison officials

at the New Jersey State Prison assaulted him and then retaliated against him for filing grievances. Womack's action was administratively closed sometime in 2011 because he had not paid the filing fee or submitted an IFP application. In September 2011, the District Court reopened the case, denied without prejudice Womack's pending motion for appointment of counsel, and reclosed the case, advising Womack that he could seek reopening within 30 days and either pay the filing fee or seek IFP status. On October 3, 2011, he filed an IFP application, which remains pending.

In May 2011, Womack filed in the District Court a second civil rights complaint alleging that the conditions of his confinement are unconstitutional and that New Jersey State Prison officials have denied him access to the courts by failing to provide legal services that accommodate Womack's disability. In August 2011, the District Court administratively closed the case and denied without prejudice Womack's pending IFP application, which was incomplete. The District Court then afforded Womack an opportunity to reopen his case and submit a complete IFP application. On October 3, 2011, Womack filed an IFP application, which remains pending.

In July 2011, Womack filed the instant petition for a writ of mandamus. After granting Womack an extension of time to file an IFP application, the Clerk closed the case in September because Womack did not submit a complete application. On October 11, 2011, Womack filed a motion to reopen the petition and a motion to proceed IFP.

## II

At the outset, we will grant Womack's motion to reopen this case, which was

2

administratively closed for failure to pay the filing fee or submit a complete IFP

application.  Womack has since submitted a complete IFP application, which we

conclude demonstrates his entitlement to proceed without prepayment of the filing fee.

Pursuant to 28 U.S.C. § 1915(a)(1), this Court may allow a litigant to proceed without

prepayment of fees if he submits an affidavit stating the nature of the claim and a belief

that he is entitled to redress, and a statement of his assets.  The decision to grant or deny

an IFP application is based solely on the economic eligibility of the petitioner.  See

Sinwell v. Shapp, 536 F.2d 15, 19 (3d Cir. 1976).  Womack's application indicates that

he has virtually no assets and receives between $27 and $32 each month from his prison

employment.  Accordingly, we will grant his motion to proceed in forma pauperis.[1]

    Mandamus is an "extraordinary remedy" that we award only when a petitioner

demonstrates, among other things, a "clear and indisputable" right to relief.  In re

Pressman-Gutman Co., 459 F.3d 383, 398-99 (3d Cir. 2006).  Mandamus lies only when

there is no other remedy to obtain the relief sought.  See Mallard v. U.S. Dist. Court for

S. Dist. of Iowa, 490 U.S. 296, 309 (1989).  Womack has plainly failed to satisfy this

high standard.

    Womack first asks us to compel the District Court to screen his complaints under

the IFP statute, 28 U.S.C. § 1915(e)(2), and the Prison Litigation and Reform Act, 28

---

[1]  We note that because Womack's mandamus petition is evidently bona fide, he is not
subject to certain fee provisions of the Prisoner Litigation Reform Act.  See Madden
v. Myers, 102 F.3d 74, 78-79 (3d Cir. 1996).

3

U.S.C. § 1915A, so that the complaints may be served on the defendants. Womack's petition suggests that the District Court's failure to screen his complaints has been so delayed as to amount to a failure to exercise jurisdiction, which may serve as a basis for issuing a writ of mandamus. See Madden v. Myers, 102 F.3d 74, 79 (3d Cir. 1996). We disagree. We note that progress in Womack's civil actions was delayed primarily because of his failure to provide complete IFP applications. He has recently attempted to remedy that problem, and we are confident that the District Court will resolve his pending motions in a timely fashion.

Womack also asks that we compel the District Court to consolidate his two civil actions and appoint counsel to represent him. However, he has not shown either an indisputable right to those forms of relief or that other remedies are not available. Indeed, Womack's request is premature because his District Court cases have not been reopened. If the cases are reopened, Womack can seek consolidation in the District Court, which has broad discretion to consolidate matters involving common questions of law or fact. See Fed. R. Civ. P. 42(a); Enter. Bank v. Saettele, 21 F.3d 233, 235 (8th Cir. 1994). Likewise, Womack can seek appointment of counsel in the District Court if his cases are reopened and he is afforded IFP status. See § 1915(e)(1).

Accordingly, we will deny Womack's mandamus petition.

4

10·19·2011

Ms. Dona Sweeney

I'm writting in regards to the money that was taken from my inmate account funds without any authority under the B.O.P. Policy (illegal) Guidelines.

On 10·11·2011 my inmate account statement reflects that $12.15 was deducted from my account – "illegally" without any authority which violates B.O.P. Guidelines. I would like that $12.15 put back in my account as soon as possiable. Furthermore again another additional was deducted of the amount of $22.80, without any authority or permission – that also I would like to be replace in my account as soon as possiable. That $22.80 was taken from the account of original amount owe $2,462.00, which left my amount owe $2,439.20.

Thank you in advance for your assitant in this important matter.

On another important matter that took place on 10:18:2011 on my tier, I was once again denied a straight call for according to them this purpose. On above date I was asked to stripped (ass-naked) in front of all the inmates, which by N.J.D.O.C policy clearly states that. An inmate cannot be stripped in front no unauthorized personnel). However I would like to know why

DEPARTMENT OF CORRECTIONS

NEW JERSEY STATE PRISON                                    OTRTASTA

TRUST ACCOUNT STATEMENT

STATEMENT DATE: 10/13/2011 - (11/21/2011)

SBI #: OS01569275      Name: WOMACK, DAVID          DOB:      04/30/1970
LOCATION: NJSP-NORTH-4 B RIGHT-CELL 08               INM#      537775
PED:                   As of Date:                  Max Date: LIFE

| LOCATION SUB ACCOUNT | BEGINNING BALANCE | ENDING BALANCE | HOLD |
|---|---|---|---|
| NJSP      2101 SPENDABLE | 15.02 | 0.00 | 15.75 |

## DEBTS AND LOANS SUMMARY

| TYPE | PAYABLE | DATE CREATED/INSTITUTION | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|---|---|---|---|---|---|---|
| MEDL | MEDICAL LOAN | 10/28/2005  @ NJSP | 34.23 | 34.23 | 0.00 | ACTIVE |
| RXL | PHARMACY LOAN | 02/27/2007  @ NJSP | 4.00 | 4.00 | 0.00 | ACTIVE |
| LGLML | LEGAL MAIL LOAN | 02/27/2008  @ NJSP | 10.19 | 10.19 | 0.00 | ACTIVE |
| COPL | LEGAL COPY LOAN | 01/31/2011  @ NJSP | 17.30 | 17.30 | 0.00 | ACTIVE |
| DDL | DENTAL LOAN | 07/18/2011  @ NJSP | 5.00 | 5.00 | 0.00 | ACTIVE |

## OBLIGATIONS SUMMARY

| TYPE | PAYABLE | INFO / INDICTMENT # | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|---|---|---|---|---|---|---|
| TCF | TRANSACTION COLLECTION FEE | 10242005  @NJSP | | 0.00 | UNLIMITED | ACTIVE |
| REST | RESTITUTION FOR DAMAGES | BROKEN PHONE | 29.37 | 29.37 | 0.00 | ACTIVE |
| PLRAS | STATE LITIGATION FILING FEE | A-4225-08T3/M-5049-08 | 6.37 | 6.37 | 0.00 | ACTIVE |
| REST | RESTITUTION FOR DAMAGES | 210030 | (2,462.00) | 46.16 | (2,415.84) | ACTIVE |

## TRANSACTION DESCRIPTIONS    2101 SPENDABLE SUB ACCOUNT

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|---|
| | | | BEGINNING BALANCE: | | 15.02 |
| 10/19/2011 | NJSP | CRS | COMMISSARY SALE - ORD #6042228 | (14.34) | 0.68 |
| 10/20/2011 | NJSP | POS | POSTAGE 10/17/11 | (0.44) | 0.24 |
| 10/27/2011 | NJSP | LGLML | LEGAL MAIL LOAN | 0.20 | 0.44 |
| 10/27/2011 | NJSP | POS | POSTAGE 10/19/11 | (0.44) | 0.00 |
| 10/27/2011 | NJSP | LGLML | LEGAL MAIL LOAN | 0.44 | 0.44 |
| 10/27/2011 | NJSP | POS | POSTAGE 10/24/110 | (0.44) | 0.00 |
| 10/31/2011 | NJSP | FPAY | 31A-/PAY ADSE/FPAY /RG:1 20 @1.20   10/03/2011-10/31/2011 | 24.00 | 24.00 |
| 10/31/2011 | NJSP | DED | FPAY-DEDUCTION-LGLML-02272008 | (0.64) | 23.36 |
| 10/31/2011 | NJSP | DED | FPAY-DEDUCTION-REST-210030 | (23.36) | 0.00 |

DEPARTMENT OF CORRECTIONS

NEW JERSEY STATE PRISON

TRUST ACCOUNT STATEMENT

Page    888 Of   4589

OTRTASTA

STATEMENT DATE: 09/09/2011        10/14/2011

SBI #:   OS01569275

LOCATION: NJSP-NORTH-4 B RIGHT-CELL 08

PED:

Name: WOMACK, DAVID

As of Date:

DOB:      04/30/1970

INM#      537775

Max Date: LIFE

| LOCATION | SUB ACCOUNT | BEGINNING BALANCE | ENDING BALANCE | HOLD |
|---|---|---|---|---|
| NJSP | 2101 SPENDABLE | 1.25 | 15.02 | 15.75 |

## DEBTS AND LOANS SUMMARY

| TYPE | PAYABLE | DATE CREATED/INSTITUTION | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|---|---|---|---|---|---|---|
| EDL | MEDICAL LOAN | 10/28/2005  @ NJSP | | | | |
| XL | PHARMACY LOAN | 02/27/2007  @ NJSP | 34.23 | 34.23 | 0.00 | ACTIVE |
| LML | LEGAL MAIL LOAN | 02/27/2008  @ NJSP | 4.00 | 4.00 | 0.00 | ACTIVE |
| PL | LEGAL COPY LOAN | 01/31/2011  @ NJSP | 9.55 | 9.55 | 0.00 | ACTIVE |
| L | DENTAL LOAN | 07/18/2011  @ NJSP | 17.30 | 17.30 | 0.00 | ACTIVE |
| | | | 5.00 | 5.00 | 0.00 | ACTIVE |

## OBLIGATIONS SUMMARY

| E | PAYABLE | INFO / INDICTMENT # | ORIGINAL AMOUNT | AMOUNT PAID | AMOUNT OWING | STATUS |
|---|---|---|---|---|---|---|
| | TRANSACTION COLLECTION FEE | 10242005  @NJSP | | | | |
| | RESTITUTION FOR DAMAGES | BROKEN PHONE | | | | |
| S | STATE LITIGATION FILING FEE | A-4225-08T3/M-5049-08 | 29.37 | 0.00 | UNLIMITED | ACTIVE |
| | RESTITUTION FOR DAMAGES | 210030 | 6.37 | 29.37 | 0.00 | ACTIVE |
| | | | 2,462.00 | 6.37 | 0.00 | ACTIVE |
| | | | | 22.80 | 2,439.20 | ACTIVE |

**TRUST ACCOUNT STATEMENT**

**STATEMENT DATE:** 09/09/2011   - 10/14/2011

OS01569275            **Name:** WOMACK, DAVID            **DOB:**   04/30/1970

TION: NJSP-NORTH-4 B RIGHT-CELL 08                        **INM#**   537775

TRANSACTION DESCRIPTIONS       2101 SPENDABLE SUB ACCOUNT

| DATE | LOCATION | TYPE | TRANSACTION DESCRIPTION | | TRANSACTION AMT | BALANCE |
|------|----------|------|-------------------------|--|----------------|---------|
| | | | BEGINNING BALANCE: | | | 1.25 |
| 09/09/2011 | NJSP | FPAY | 31A-/PAY ADSE/FPAY /RG:1 23 @1.20 | 08/01/2011-08/31/2011 | 27.60 | 28.85 |
| 09/09/2011 | NJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | | (15.00) | 13.85 |
| 09/09/2011 | NJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | | 15.00 | 28.85 |
| 09/09/2011 | NJSP | DED | FPAY-DEDUCTION-REST-210030 | | (12.60) | 16.25 |
| 09/13/2011 | NJSP | COP | COPIES 4 PAGES OF STATEMENT 9/8/11 | | (0.40) | 15.85 |
| 09/13/2011 | NJSP | COP | COPIES 4 PAGES OF STATEMENT 8/25/11 | | (0.40) | 15.45 |
| 09/22/2011 | NJSP | POS | POSTAGE-9/18/11 | | (0.44) | 15.01 |
| 09/23/2011 | NJSP | CRS | COMMISSARY SALE - ORD #6005300 | | (12.43) | 2.58 |
| 09/30/2011 | NJSP | POS | POSTAGE-9/27/11 | | (1.08) | 1.50 |
| 09/30/2011 | NJSP | POS | POSTAGE-9/20/11 | | (1.48) | 0.02 |
| 10/06/2011 | NJSP | CRS | COMMISSARY SALE - ORD #6022960 | | 0.00 | 0.02 |
| 10/11/2011 | NJSP | DED | FED REST NO ALLOWED TO TAKE $ W/O PERMIS | | 9.15 | 9.17 |
| 10/11/2011 | NJSP | DED | FED REST NOT ALLOWED TO TAKE $ W/O PERMI | | 3.00 | 12.17 |
| 10/11/2011 | NJSP | HOA | HOLD TIL FURTHER NOTICE | | (12.15) | 0.02 |
| 10/12/2011 | NJSP | FPAY | 31A-/PAY ADSE/FPAY /RG:1 21 @1.20 | 09/01/2011-09/30/2011 | 25.20 | 25.22 |
| 10/12/2011 | NJSP | DED | $15 DEDUCTION-DISCRETIONARY SPENDING RESERVE PER 10A. | | (15.00) | 10.22 |
| 10/12/2011 | NJSP | ADD | $15 DEDUCTION-DISCRETIONARY SPENDING RETURN PER 10A. | | 15.00 | 25.22 |
| 10/12/2011 | NJSP | DED | FPAY-DEDUCTION-REST-210030 | | (10.20) | 15.02 |





December 16, 2010

David Womack
Register No. 08497-007
MCFP Springfield
PO Box 4000
Springfield, MO 65801-4000

For Further Inquiry Contact:
Federal Bureau of Prisons
320 First Street, NW
Room 841, HOLC Building
Washington, D.C. 20534

Re:  FOIA/PA Request Number 2011-02287

Dear Requester:

The Federal Bureau of Prisons is in receipt of your Freedom of
Information Act/Privacy Act request. It has been assigned a
number which you will find above. Please make a note of it as
you will need to include it in any correspondence or inquiry
regarding your request.

Due to the large number of requests received by the Bureau of
Prisons for disclosure of records pursuant to the Freedom of
Information and Privacy Acts, and due to the limited resources
available to process such requests, the Bureau of Prisons has
adopted a first-in/first-out practice of processing all incoming
requests.

Your request has been placed in chronological order based on the
date of receipt and will be handled as expeditiously as possible
when it is assigned for processing. While most requests can be
processed within 20 working days, exceptions may exist.

Unless you indicated otherwise, by submission of your request,
you have agreed to pay fees up to $25.00 as stated in 28 C.F.R.
16.3(c). Please note that pursuant to 28 C.F.R. 16.11, we are
required to charge certain fees for processing requests. Please
do not submit a check at this time. Should your request involve
a fee, you will be notified of any amount due once your request
has been reviewed. If we anticipate that your fees will be in
excess of $25.00, we will notify you of the estimated amount. At
that time, you will have the option of modifying your requests to

reduce fees.

If you have questions regarding the status of your request, you may contact the Bureau of Prisons FOIA Service Center at 202-616-7750 or via mail at the address listed above.

**U.S. Department of Justice**
Federal Bureau of Prisons
Community Corrections Office

PO Box 329014
Brooklyn, NY 11232

DATE       :   March 9, 2011

TO         :   Donna Sweeney, Supervising Administrative Analyst
               NJ Department of Corrections

FROM       :   Peter Brustman,
               Community Corrections Manager

SUBJECT    :   Womack, David Register No. 08497-007
               NJ DOC # 537775

As you discussed with my staff, attached please find the documentation
regarding the DHO sanction imposed on 12/28/2010, for Incident Report No.
210030.  The DHO imposed a sanction of $2,462.00 due the U.S. Treasury,
for damage to U.S. Government property by Womack while at Springfield USMCFP.

The BOP is asking you to file an encumbrance, or freeze, on Womack's personal
funds.  The money cannot be withdrawn from his account and sent to the BOP
without his signature on BOP Form BP-199, Request for Withdrawal of Inmate's
Personal Funds.  Womack has refused to sign this form.  Therefore, any funds
in his account must be encumbered/frozen.  NJ DOC has indicated Womack will
have access to $15.00 per month for basic necessities, and any funds beyond
that $15 will be encumbered/frozen.   The encumbered funds are not to be
released without authorization from this office.

If you need further information please do not hesitate to contact me at
718-840-4219.

cc   Central File
     David Womack



RECEIVED
JAN 1 8 REC'D *2011*

UNITED STATES GOVERNMENT
# MEMORANDUM
*...UNITY CORRECTION*
*...ORK, NEW YORK*

*ENCUMBER*
*FUNDS*

DATE:       12-28-2010

FROM:       K. Nikes, DHO

SUBJECT:    MONETARY RESTITUTION

Re:         WOMACK, David     Reg#     08497-007     IR#   2100308

TO:         Agent Cashier, Business Office


As a result of a finding by the Discipline Hearing Officer, the
above named inmate was determined to have committed a
prohibited act, Code   218   Sanction(s) included monetary
restitution.


The inmate has been directed to reimburse the U.S.
Treasury in the amount of $   2462.00     for damages to
U.S. Government Property.


The inmate's commissary privileges are to be suspended or
limited until restitution is made.  See Accounting Management
Manual for instructions regarding impoundment of inmate funds.


APPROVED: _____

                        Warden

*inmate released
prior to
application
DHO.
1-13-11*

*Seen only.
SSallente  11/13/11*

*Rec'd
JAN 1 2 2011
RAllen TPT*

United States Department of Justice
Federal Bureau of Prisons
**Request for Withdrawal of Inmate's Personal Funds**

BP - 199.045 - Dec 2002

ENCUMBER FUNDS
DO NOT PHOTOCOPY

Must use pen to
shade circles like this:
Not like this: ⊗   or this: ⊘

**Monthly Repeating Withdrawal**

Please charge to my
account the sum of

**ATTENTION:**

1) Both sides of this
   form must be
   completed.

2) All fields, except
   First Name and
   Address 2, are
   mandatory.

Begin Date (MM/YYYY)

End Date (MM/YYYY)

**Purpose**

**Print Inmate Name**
Inmate Refusal
to sign Req.
Monetary Rest.

**Inmate Signature**

Woodell
Done of Ioc
D. Vikes DHO

**Official Use Only**

Office Code

Voucher No.

Paid by Cash on

Financial Mgt.

Payee Signature

The inmate's personal account has been charged in the amount indicated above.

Institution

Rec'd
JAN 1 2 2011

Note:
Must put in leading zeros
For example, 00100.00 = $100.00

and authorize the same to be paid to:

Last Name or Company Name

First Name

Dollars: 2 4 6 2
Cents: 0 0

Inmate Reg. No.: 8 4 9 7 0 0 7

USMCIP CASH/ED

52325

```
  CNKDJ              *          INMATE DISCIPLINE DATA          *      03-09-2011
  PAGE 005           *       CHRONOLOGICAL DISCIPLINARY RECORD  *      09:43:05

REGISTER NO: 08497-007 NAME..: WOMACK, DAVID
FUNCTION...: DIS          FORMAT: CHRONO    LIMIT TO ___ MOS PRIOR TO 03-09-2011
                          RSP OF: CNK-NEW YORK CCM

DHO HEARING DATE/TIME: 12-28-2010 0810    REPORT 2100308 CONTINUED
  218  DESTROYING PROP OVER $100 - FREQ: 1
        DS          / 30 DAYS / CS
        COMP:   LAW:    30 DAYS OF DISCIPLINARY SEGREGATION
        LP COMM     / 180 DAYS / CS
        COMP:   LAW:    LOSS OF COMMISSARY FOR 180 DAYS
        LP PHONE    / 180 DAYS / CS
        COMP:   LAW:    LOSS OF TELEPHONE PRIVILEGES FOR 180 DAYS
        MON REST    / 2,462.00 DOLLARS / CS
        COMP:   LAW:    MONT REST IN THE AMOUNT OF 2462.00




  G0002      MORE PAGES TO FOLLOW . . .
```

**U.S. Department of Justice**

Federal Bureau of Prisons

*Community Corrections Office*

---

P.O. Box 329014
Brooklyn, NY 11232



October 11, 2011

David Womack #537775
NJ SIB QS01569275
New Jersey State Prison
PO Box 861
Trenton, NJ 08625

Re:    Correspondence

Dear Mr. Womack:

Your letter which was notarized on July 27, 2011 and received in this office on August 29, 2011, raises many issues.

I acknowledge that you have notified this office, and provided copies of your lawsuit against the State of New Jersey and its Department of Corrections. A review of the Court records indicates that lawsuit was again dismissed on August 22, 2011.  However, it is noted that you have filed to re-open.  Any lawsuit against the State of New Jersey will be handled by the State, in the court in which it is filed.

Your mention that NJ State Prison had you on psychotropic medication in 2006 is moot, as you indicate no medication is prescribed at this time.   Should you be forcibly medicated in the future, please advise this office, and the matter will be reviewed.

This office did contact NJ State Prison officials after you advised you had been placed in a dry cell.  NJ officials provided a satisfactory explanation for your placement in the dry cell (temporarily without a mattress), and that matter is considered closed.

According to Ms. Sweeney, our NJ DOC liaison, you have been denied outside recreation based on your refusal to comply with NJ DOC close custody strip procedures.  We have asked NJ DOC to provide a copy of that policy for BOP review.

You letter also mentions that you were not notified about mail reportedly sent to you by the District of Columbia courts, through this office, in 2006. Your allegation cannot be confirmed or denied due to the lack of a record of such correspondence.

vid Womack
age 2
October 11, 2011

Your trust account statement has been reviewed, and it has been determined monies have been deducted for federal restitution in error. A request to the business office at NJSP has been made to have $13.95 returned to your account.

Your request to be afforded a $25.00 spending limit is denied. The BOP does not provide a spending limit, or monies for basic necessities. The BOP provides necessities, whereas NJ DOC does not. NJ DOC allows $15.00 per month for necessities, and that is your limit. Monies above that amount are "frozen". This "freeze", as you have been previously advised, is due to the fact that you owe federal restitution and refuse to pay monies toward the balance due.

Enclosed is a copy of your Custody Classification Form dated July 5, 2011. This should have been given to you at our July 2011 meeting but was overlooked at the time.

If you have any questions, please do not hesitate to contact this office.

Sincerely,

Peter Brustman,
Community Corrections Manager


Enclosure

MR-007

**NEW JERSEY DEPARTMENT OF CORRECTIONS**
**HEALTH SERVICES REQUEST FORM**
[FORMULARIO DE SOLICITUD DE SERVICIOS DE SALUD]
CONFIDENTIAL [CONFIDENCIAL]

Revised
3/11

*Ms. Raupp*

**Please Print or Type**
[Sírvase usar letras de molde o máquina de escribir]

N.J.S.P.
Correctional Facility [Institución de Corrección]

H B R
Housing Unit [Unidad de Vivienda]

David L. Wolnack
Printed name of inmate [Nombre del(la) confinado(a) en letras de molde]

537775
Number [Número]

11-1-2011
Date of Birth [Fecha de Nacimiento]

CIRCLE REQUEST:   MEDICAL (MEDICAL)   DENTAL [DENTAL]   MENTAL HEALTH [SALUD MENTAL]
[MARQUE CON CÍRCULO LA SOLICITUD]   OTHER ( Otro)

Reason for the request (Optional) [Motivo de la solicitud (Opcional)]: I'm currently under a Medication of Naproxen for pain but it's not working at all. I have an unbearable pain in my lower spine. I would like to get back on Tylenol 3 which help me before.

I consent to be treated by the staff for the condition described. [Doy mi consentimiento para que el personal me trate por la condición descrita.]

1. **I understand that my requesting health services may result in having my account charged for medical or dental care service received.** [Comprendo que el solicitar servicios de salud podrá resultar en que se me le cargue a mi cuenta por el servicio de salud médica o dental recibido.]
2. **I understand that I may be assessed a $5.00 fee for any visit to medical or dental care staff.** [Comprendo que se me podrán cobrar $5.00 por el costo de cualquier visita al personal de salud médica o dental.]
3. **I understand that I will be charged a $1.00 co-payment for each medication I receive, except for psychiatric medications.** [Comprendo que se me cargará $1.00 de co-pago por cada medicina que yo reciba, excepto las medicinas psiquiátricas.]
4. **If I disagree with any charges assessed, I understand that I may file a grievance with the Superintendent.** [Si yo no estuviese de acuerdo con los cargos cobrados, comprendo que podré interponer una queja con el(la) Superintendente.]
5. **There is no co-pay charge for requesting mental healthcare.** [No hay cargo de co-pago para solicitar servicio de salud mental.]

David L. Wolnack
Signature of inmate [Firma del(la) Confinado (a)]

11-1-2011
Date [Fecha]

**NO INMATE WILL BE DENIED NECESSARY HEALTHCARE SERVICES DUE TO AN INABILITY TO PAY** [A NINGÚN(A) CONFINADO (A) SE LE DENEGARÁN LOS SERVICIOS DE SALUD NECESARIOS DEBIDO A SU INHABILIDAD DE PODER PAGAR POR LOS MISMOS]

**PLACE THIS SLIP IN THE MEDICAL BOX.**
[COLOQUE ESTA HOJA EN EL BUZÓN MÉDICO.]

07

**NEW JERSEY DEPARTMENT OF CORRECTIONS**
**HEALTH SERVICES REQUEST FORM**
[FORMULARIO DE SOLICITUD DE SERVICIOS DE SALUD]
CONFIDENTIAL [CONFIDENCIAL]

Revised
3/11

*Ms. Raupp*

**Please Print or Type**
[Sírvase usar letras de molde o máquina de escribir]

*N.J.S.P.*
**Correctional Facility** [Institución de Corrección]

*4B-R-Cell-8*
**Housing Unit** [Unidad de Vivienda]

*DAVID WOMACK*
**Printed name of inmate** [Nombre del(la) confinado(a) en letras de molde]

*537-775*
**Number** [Número]

*11-14-2011*
**Date of Birth** [Fecha de Nacimiento]

**CIRCLE REQUEST:** MEDICAL (MEDICAL) DENTAL [DENTAL] MENTAL HEALTH [SALUD MENTAL]
[MARQUE CON CÍRCULO LA SOLICITUD] OTHER (Otro)

**Reason for the request (Optional)** [Motivo de la solicitud (Opcional)]: *I'M currently under a Medication "NaProxen" For Pain b/t it's not working at all. I Have an unbearable pain in My Lower spine. I would Like to getback on Tyleno/3 which Help Me before*

I consent to be treated by the staff for the condition described. [Doy mi consentimiento para que el personal me trate por la condición descrita.]

1. **I understand that my requesting health services may result in having my account charged for medical or dental care service received.** [Comprendo que el solicitar servicios de salud podrá resultar en que se me le cargue a mi cuenta por el servicio de salud médica o dental recibido.]
2. **I understand that I may be assessed a $5.00 fee for any visit to medical or dental care staff.** [Comprendo que se me podrán cobrar $5.00 por el costo de cualquier visita al personal de salud médica o dental.]
3. **I understand that I will be charged a $1.00 co-payment for each medication I receive, except for psychiatric medications.** [Comprendo que se me cargará $1.00 de co-pago por cada medicina que yo reciba, excepto las medicinas psiquiátricas.]
4. **If I disagree with any charges assessed, I understand that I may file a grievance with the Superintendent.** [Si yo no estuviese de acuerdo con los cargos cobrados, comprendo que podré interponer una queja con el(la) Superintendente.]
5. **There is no co-pay charge for requesting mental healthcare.** [No hay cargo de co-pago para solicitar servicio de salud mental.]

*David L. Womack*
**Signature of inmate** [Firma del(la) Confinado(a)]

*11-14-2011*
**Date** [Fecha]

**NO INMATE WILL BE DENIED NECESSARY HEALTHCARE SERVICES DUE TO AN INABILITY TO PAY** [A NINGÚN(A) CONFINADO (A) SE LE DENEGARÁN LOS SERVICIOS DE SALUD NECESARIOS DEBIDO A SU INHABILIDAD DE PODER PAGAR POR LOS MISMOS]

**PLACE THIS SLIP IN THE MEDICAL BOX.**
[COLOQUE ESTA HOJA EN EL BUZÓN MÉDICO.]

LEASE SUBMIT THIS FORM INTO THE INMATE REMEDY BOX **ONLY** TO BE PROCESSED
[SÍRVASE PRESENTAR ESTE FORMULARIO EN LA CAJA DE REMEDIO DEL CONFINADO SOLAMENTE PARA SER TRAMITADO]

*101
10A:1-4                                                                              Revised 1/2008

## NEW JERSEY DEPARTMENT OF CORRECTIONS
[DEPARTAMENTO DE CORRECCIONES DE NUEVA JERSEY]

## INMATE REMEDY SYSTEM FORM
[FORMULARIO DEL SISTEMA DE REMEDIO DEL CONFINADO]

**PART [PARTE] 1**    INMATE'S REMEDY OR COMPLAINT AREA:
[ÁREA DE REMEDIO O QUEJA DEL CONFINADO]

TYPE OF REQUEST (Only Check one box)    ☑ ROUTINE INMATE REQUEST       ☐ INTERVIEW REQUEST
[TIPO DE PETICIÓN]   (Llene solamente una cajita)   [PETICIÓN RUTINARIA DEL CONFINADO]   [PETICIÓN PARA UNA ENTREVISTA]

INMATE'S NAME: DAVid L. WOMACK        SBI NUMBER: 050159275
[NOMBRE DEL CONFINADO]                                    [NÚMERO DE SBI]

INSTITUTION: N.J.S.P    HOUSING UNIT: 4BR-Cell-1    DATE: 08/26/2011
[INSTITUCIÓN]            [UNIDAD DE VIVIENDA]                   [FECHA]

To: Ms. Margret, Concuzza, DR

MEDICAL DEPART.
         THE PAIN MEDICATION I AM CURRENTLY
RECEiVING FOR MY bACK AND SPINE AFTER I
RETURNED FROM THE FEDERAL BUREAU OF
PRISON FOR SURGERY IS NOT WORKING. BEFORE
SURGERY NEW JERSEY STATE PRISON HAD ME ON
TYLENOL (3) THAT SUCCESSFULLY WORKED. AFTER I
RETURNED bACK TO NEW JERSEY STATE PRISON FROM HA-
VING SURGERY AT THE FEDERAL HOSPITAL I HAVE SINCE
bEEN ON MEDICATION THAT CAUSES MY PAIN TO WORSEN.

▪▪▪▪▪▪▪▪▪▪ No action taken on this form. DOC Corrective Action form issued with paragraph(s) # _____ marked. ▪▪▪▪▪
[No se tomó ninguna medida en este formulario. Se proveyó el formulario de Acción Correctiva del DOC con el (los) párrafo(s) # _____ indicado(s).]

**PART [PARTE] 2**  THE ABOVE INMATE INFORMATION WAS DETERMINED BY THE COORDINATOR AS ONE OF THE FOLLOWING:
[EL COORDINADOR DETERMINÓ QUE LA INFORMACIÓN ANTERIOR DEL CONFINADO ES UNO DE LOS SIGUIENTES]

☐ ROUTINE INMATE REQUEST       ☐ INTERVIEW REQUEST
[PETICIÓN RUTINARIA DEL CONFINADO]   [PETICIÓN PARA UNA ENTREVISTA]

ROUTINE OR URGENT
[RUTINARIO O URGENTE]

RECEIVED BY: _____ JKB               SUBJECT OF REQUEST: Pain medication
[RECIBIDO POR]                                    [TEMA DE LA PETICIÓN]

DATE FORWARDED TO DEPARTMENT: 9/7  9/20    DATE RESPONSE RETURNED TO I/M: 10/4
[FECHA EN QUE SE ENVIÓ AL DEPARTAMENTO]              [FECHA EN QUE SE DEVOLVIÓ AL CONFINADO]

DEPARTMENT RESPONSIBLE: Medical    CASE NUMBER: 11  08  0510
[DEPARTAMENTO RESPONSABLE]                [NÚMERO DEL CASO]   YEAR   MONTH   EXCEL LINE
                                          [AÑO]  [MES]  [LÍNEA DE EXCEL]

**PART [PARTE] 3**   STAFF RESPONSE AREA [ÁREA DE RESPUESTA DEL PERSONAL]:

You will be seen by a Medical Provider To discuss
this issue.

STAFF SIGNATURE [FIRMA DEL PERSONAL]    DATE [FECHA] 9/26/11  10/3/11    Attachments: From Inmate: _____
                                                        [Documentos adjunto: Del Confinado]
                                                        From Staff: _____
                                                        [Del Personal]
SIGNATURE OF ASST SUPT or APPROPRIATE ADMINISTRATIVE DESIGNEE    DATE [FECHA]   DOC Staff Response forms: _____
[FIRMA DEL SUBSUPT o LA PERSONA ADMINISTRATIVA CORRESPONDIENTE DESIGNADA POR ÉL]        [Formularios de Respuesta del Personal del DOC]

**PART [PARTE] 4** INMATE'S ADMINISTRATIVE APPEAL INFORMATION [INFORMACIÓN DE APELACIÓN ADMINISTRATIVA DEL CONFINADO]:

**U.S. Department of Justice**

ıℴ

Federal Bureau of Prisons

*Community Corrections Office*

---

*P.O. Box 329014*
*Brooklyn, NY 11232*



October 25, 2011

David Womack #537775
NJ SIB OS01569275
New Jersey State Prison
PO Box 861
Trenton, NJ 08625


        Re:  Community Corrections Manager


Dear Mr. Christiansen:

Effective December 5, 2011, <u>Ms Tracy Rivers</u> will be the Community
Corrections Manager for this office.   In the interim, you may
address any and all correspondence to CNK Community Corrections
Manager and it will be handled by staff.

If you have questions, please do not hesitate to contact this office.


Sincerely,

L. Nemeth-Rosado,
Acting Community Corrections Manager

Form: IRSF 103
N.J.A.C. 10A:1-4

**NEW JERSEY DEPARTMENT OF CORRECTIONS**
**INMATE REMEDY SYSTEM**
**CORRECTIVE ACTION FORM**

Revised 1/2008

INMATE'S NAME: _Womack_   SBI#: _05 0156927S_

Location/Housing Unit: _____

> **The below corrective information should be used and followed when submitting for information to Institutional staff on a first time basis. Please take the action noted next to the letter X.**

1. ☐ You must complete the following form marked below and place it into the correct box or send by Truck Mail.
   - ☐ Education/Law Library Form and Box.
   - ☐ Office of the Ombudsman, Request Form and Box.
   - ☐ DOC Government Records Request Form (OPRA)
   - ☐ DOC, Health Services Request Form and Box (MR-007)
   - ☐ I/M Claim for Lost, Damage Prop (Form 943-1)
   - ☐ Request for copies of Medical/Dental Records (MR 022, 301-XII)

2. ☑ You must submit a NJDOC Job Change Form. Once you have completed the form, it must be handed in to your detail supervisor. **Only** the detail supervisor can turn your request into Classification; **OR** A Staff member must submit a staff referral. The staff member must deliver the referral to the appropriate department. **ONLY** staff members can follow-up on completed forms.

3. ☑ Please see your Unit Social Worker to complete the appropriate forms for programs, other related services, and information to include but not be limited to: Social Security Card, Birth Certificate, ISP, ASI/TC, CRP process, Cage Your Rage, FOV and Thinking for a Change.

4. ☐ The form you submitted did not contain **SPECIFIC** information. Please add additional information and resubmit.

5. ☐ Your Inmate Remedy System form contained more than one (1) question, which cannot be handled on the same form. Please familiarize yourself with information on the Remedy System that is listed in the Inmate Handbook and resubmit another Inmate Remedy System form.

6. ☐ Your Inmate Remedy System form was deposited into the _____ Box. Please place your Inmate Remedy System form into the Box Marked "Inmate Remedy System Box".

7. ☐ To process, correct or update the NJDOC Telephone IPIN system you need to follow the below process: **(Up to 30 days to process forms)**
   - ☐ NJDOC IPIN Assignments UPDATES will be completed on a quarterly basis within your current facility.
   - ☐ Telephone System Discrepancy form can be completed at any time, please return/deposit into the _____

8. ☐ The information that you submitted must be placed on the **Inmate Remedy System form** and placed into the **Inmate Remedy System Box.** This will ensure proper tracking of your request. If the form is a similar question or a possible duplicate, **please do not resubmit a new form.**

9. ☑ You submitted the attached letter, form or application into the Inmate Remedy System Box. That box is for the Inmate Remedy System forms only. Please place the letter, form or application into the US Mailbox or _____

10. ☐ You cannot use the Inmate Remedy System form for DOC disciplinary charges or DOC disciplinary charge appeals.

11. ☐ You submitted your request to the person or department not authorized to handle the Inmate Request System form. The form must be placed into the **Inmate Remedy System Box** in order to be processed correctly.

12. ☐ Your request for Face Sheets, Progress Notes, and Psychological or Medical evaluations cannot be processed. That information is provided or conducted during specific times during your incarceration.

13. ☐ Your request for an updated adjusted Max Date and/or Parole Eligibility Date (PED) is being returned because that information is now provided on a monthly basis on your Inmate Trust Account Statement for **informational purposes only.** If you feel your max and/or parole information is in error, justify the error and submit another Inmate Remedy System form. It should also be noted that your **work & minimum** credits **DO NOT** get updated at the same time as your Inmate Pay.

14. ☐ You cannot write or mark in the shaded area of the Inmate Remedy System form.

15. ☐ Your form is a follow-up question or Appeal to a previous submitted form. You must re-submit your answered form, within 10 days of receipt, with additional information, within Part 4 and place it into the Inmate Remedy System Box for further processing.

16. ☑ This is a duplicate request that is not permitted. Staff is granted up-to a 30-day response time on all requests.

17. ☐ The facility uses an approved Institutional/Department form to handle this matter. The form is _____ and the form can be received from your _____

18. ☐ Other: _____

THIS FORM INTO THE INMATE REMEDY BOX **ONLY** TO BE PROCESSED
[SÍRVASE PRESENTAR ESTE FORMULARIO EN LA CAJA DE REMEDIO DEL CONFINADO SOLAMENTE PARA SER TRAMITADO]

Revised 1/2008

# NEW JERSEY DEPARTMENT OF CORRECTIONS
[DEPARTAMENTO DE CORRECCIONES DE NUEVA JERSEY]

## INMATE REMEDY SYSTEM FORM
[FORMULARIO DEL SISTEMA DE REMEDIO DEL CONFINADO]

**PART [PARTE] 1**

**INMATE'S REMEDY OR COMPLAINT AREA:**
[ÁREA DE REMEDIO O QUEJA DEL CONFINADO]

**TYPE OF REQUEST** (Only Check one box)
[TIPO DE PETICIÓN]        (llene solamente una casilla)

☑ **ROUTINE INMATE REQUEST**
[PETICIÓN RUTINARIA DEL CONFINADO]

☐ **INTERVIEW REQUEST**
[PETICIÓN PARA UNA ENTREVISTA]

**INMATE'S NAME:** David Womack
[NOMBRE DEL CONFINADO]

**SBI NUMBER:** 0S01569275
[NÚMERO DE SBI]

**INSTITUTION:** N.J.S.P
[INSTITUCIÓN]

**HOUSING UNIT:** 4B-R-Cell-8
[UNIDAD DE VIVIENDA]

**DATE:** 10-9-2011
[FECHA]

To: Ms. Brenda Hutton
I Request to Make a Legal Phone Call to
Federal Bureau of Prison Community Corrections
Manager Mr. Peter Brustman At (718) 840-4219, This
Phone Call Relates to a Legal Dna sample
that the Feds ordered this institution to
per Form.    P.O. Box 329014
              Brooklyn, NY 11232

No action taken on this form. DOC Corrective Action form issued with paragraph(s) # 16 marked.
[No se tomó ninguna medida en este formulario. Se proveyó el formulario de Acción Correctiva del DOC con el (los) párrafo(s) # _____ indicado(s).]

**PART [PARTE] 2** THE ABOVE INMATE INFORMATION WAS DETERMINED BY THE COORDINATOR AS ONE OF THE FOLLOWING:
[EL COORDINADOR DETERMINO QUE LA INFORMACIÓN ANTERIOR DEL CONFINADO ES UNO DE LOS SIGUIENTES]

☐ **ROUTINE INMATE REQUEST**
[PETICIÓN RUTINARIA DEL CONFINADO]

☐ **INTERVIEW REQUEST**
[PETICIÓN PARA UNA ENTREVISTA]

**ROUTINE** or **URGENT**
[RUTINARIO o URGENTE]

**RECEIVED BY:** _____
[RECIBIDO POR]

**SUBJECT OF REQUEST:** _____
[TEMA DE LA PETICIÓN]

**DATE FORWARDED TO DEPARTMENT:** _____
[FECHA EN QUE SE ENVIÓ AL DEPARTAMENTO]

**DATE RESPONSE RETURNED TO I/M:** _____
[FECHA EN QUE SE DEVOLVIÓ AL CONFINADO]

**DEPARTMENT RESPONSIBLE:** _____
[DEPARTAMENTO RESPONSABLE]

**CASE NUMBER:** _____
[NÚMERO DEL CASO]

| | YEAR [AÑO] | MONTH [MES] | EXCEL LINE [LÍNEA DE EXCEL] |
|---|---|---|---|

**PART [PARTE] 3** STAFF RESPONSE AREA [ÁREA DE RESPUESTA DEL PERSONAL]:

**STAFF SIGNATURE** [FIRMA DEL PERSONAL]

**DATE** [FECHA]

Attachments: From Inmate:
[Documentos adjuntos: Del Confinado]
From Staff:
[Del Personal]

**SIGNATURE OF ASST SUPT** or **APPROPRIATE ADMINISTRATIVE DESIGNEE**
[FIRMA DEL SUBSUPT o LA PERSONA ADMINISTRATIVA CORRESPONDIENTE DESIGNADA POR EL]

**DATE** [FECHA]

DOC Staff Response forms:
[Formulario de Respuesta del Personal del DOC]

**PART [PARTE] 4** INMATE'S ADMINISTRATIVE APPEAL INFORMATION [INFORMACIÓN DE APELACIÓN ADMINISTRATIVA DEL CONFINADO]:

Revised 1/2008

N.J.A.C. 10A:1-4

## NEW JERSEY DEPARTMENT OF CORRECTIONS
[DEPARTAMENTO DE CORRECCIONES DE NUEVA JERSEY]
### INMATE REMEDY SYSTEM FORM
[FORMULARIO DEL SISTEMA DE REMEDIO DEL CONFINADO]

**PART [PARTE] 1**       INMATE'S REMEDY OR COMPLAINT AREA:
[ÁREA DE REMEDIO O QUEJA DEL CONFINADO]

**TYPE OF REQUEST** (Only Check one box)     ☑ **ROUTINE INMATE REQUEST**        ☐ **INTERVIEW REQUEST**
[TIPO DE PETICIÓN]  (Llene solamente una cajita)   [PETICIÓN RUTINARIA DEL CONFINADO]        [PETICIÓN PARA UNA ENTREVISTA]

**INMATE'S NAME:** David Womack                    **SBI NUMBER:** 0S01569275
[NOMBRE DEL CONFINADO]                                          [NÚMERO DE SBI]

**INSTITUTION:** N.J.S.P.        **HOUSING UNIT:** 4B-R-Cell-8     **DATE:** 10-9-2011
[INSTITUCIÓN]                       [MANDANDE DE VIVIENDA]            [FECHA]

To: Ms. Brenda Hutton

I REQUEST to Make a Legal Phone Call to
Federal Bureau of prison Community Corrections
Manager Mr. peter Brustman Af (718) 840-4219. This
phone Call Relates to a Legal Dna sample
that the Feds ordered this institution to
per Form.      P.O. Box 32904
                    Brooklyn, NY 11232

No action taken on this form.  DOC Corrective Action form issued with paragraph(s) # __10__ marked.
[No se tomó ninguna medida en este formulario. Se proveyó el formulario de Acción Correctiva del DOC con el (los) párrafo(s) # _____ indicado(s).]

**PART [PARTE] 2**   THE ABOVE INMATE INFORMATION WAS DETERMINED BY THE COORDINATOR AS ONE OF THE FOLLOWING:
[EL COORDINADOR DETERMINÓ QUE LA INFORMACIÓN ANTERIOR DEL CONFINADO ES UNO DE LOS SIGUIENTES]

☐ **ROUTINE INMATE REQUEST**                        ☐ **INTERVIEW REQUEST**
[PETICIÓN RUTINARIA DEL CONFINADO]                      [PETICIÓN PARA UNA ENTREVISTA]

ROUTINE or URGENT
[RUTINARIO O URGENTE ]

**RECEIVED BY:** _____                          **SUBJECT OF REQUEST:** _____
[RECIBIDO POR]                                      [TEMA DE LA PETICIÓN]

**DATE FORWARDED TO DEPARTMENT:** _____        **DATE RESPONSE RETURNED TO I/M:** _____
[FECHA EN QUE SE ENVIÓ AL DEPARTAMENTO]             [FECHA EN QUE SE DEVOLVIÓ AL CONFINADO]

**DEPARTMENT RESPONSIBLE:** _____              **CASE NUMBER:** _____
[DEPARTAMENTO RESPONSABLE]                          [NÚMERO DEL CASO]  YEAR  MONTH  EXCEL LINE
                                                    [AÑO]  [MES]  [LÍNEA DE EXCEL]

**PART [PARTE] 3**   STAFF RESPONSE AREA [ÁREA DE RESPUESTA DEL PERSONAL]:

**Attachments:  From Inmate:** _____
[Documento adjunto: Del Confinado]
**From Staff:** _____
[Del Personal]
**STAFF SIGNATURE** [FIRMA DEL PERSONAL]          **DATE** [FECHA]
**DOC Staff Response forms:** _____
[Formularios de Respuesta del Personal del DOC]
**SIGNATURE OF ASST SUPT or APPROPRIATE ADMINSTRATIVE DESIGNEE**      **DATE** [FECHA]
[FIRMA DEL SUBSUPT o LA PERSONA ADMINISTRATIVA CORRESPONDIENTE DESIGNADA POR ÉL]

**PART [PARTE] 4**   INMATE'S ADMINISTRATIVE APPEAL INFORMATION [INFORMACIÓN DE APELACIÓN ADMINISTRATIVA DEL CONFINADO]:

ADDITIONAL ATTACHMENTS

Clerk U.S. District Court

MAiL To,
Legal

→ 402 E. State.S.t. Room 2020
Trenton, N.J. 08608

To. Clerk of Court                    1-12-2012
          I ask that you Accept this
Motion at this time without My Inmate
Account # for the past 6 Months, Due to D.O.C.
reFusing to respond to My grievence ForM
I Filed on 10-10-2011 requesting My inMate
Account # For the past 6 Months which is why
I lask this Court to please Send this D.O.C.
AdMinistration a court order to give Me My
inMate Account # For the past 6 Month as
Well as the gMevance ForMs I Filled For.

AdMi, Mr. WArren |  See AttachMents #2, pAge
AdMi, Nelson Mr. |      #3 Crazy
AdMi, BArns Mr. |      David
                        Shiree
                        Deborah

Mr. DAVid Lee, WoMACk, 4B-R-Cell-8,,
D.o.C. 537-775, SBI-050/569275
Trenton State prison
  p.o. BoX 861
Trenton, New Jersey, 08625

**PLEASE SUBMIT THIS FORM INTO THE INMATE REMEDY BOX ONLY TO BE PROCESSED**
[SÍRVASE PRESENTAR ESTE FORMULARIO EN LA CAJA DE REMEDIO DEL CONFINADO SOLAMENTE PARA SER TRAMITADO]

Form: IRSF 101
N.J.A.C. 10A:1-4

Revised 1/2008

## NEW JERSEY DEPARTMENT OF CORRECTIONS
[DEPARTAMENTO DE CORRECCIONES DE NUEVA JERSEY]

### INMATE REMEDY SYSTEM FORM
[FORMULARIO DEL SISTEMA DE REMEDIO DEL CONFINADO]

**PART [PARTE] 1**

INMATE'S REMEDY OR COMPLAINT AREA:
[ÁREA DE REMEDIO O QUEJA DEL CONFINADO]

**TYPE OF REQUEST** (Only Check one box)
[TIPO DE PETICIÓN] (Llene solamente una cajita)

☑ ROUTINE INMATE REQUEST
[PETICIÓN RUTINARIA DEL CONFINADO]

☐ INTERVIEW REQUEST
[PETICIÓN PARA UNA ENTREVISTA]

INMATE'S NAME: DAVID WOMACK
[NOMBRE DEL CONFINADO]

SBI NUMBER: 050156927S
[NÚMERO DE SBI]

INSTITUTION: N.J.S.P.
[INSTITUCIÓN]

HOUSING UNIT: 4B-R-Cell-8
[UNIDAD DE VIVIENDA]

DATE: 12-13-2011
[FECHA]

To: Administrator Mr. Warren

I will Like to Know why Houen't I Received a
Copy oF the request Form I put in on november
20 2011 About caples of My past six-Month
Inmate Account Statement.

No action taken on this form. DOC Corrective Action form issued with paragraph(s) #_____ marked.
[No se tomó ninguna medida en este formulario. Se proveyó el formulario de Acción Correctiva del DOC con el (los) párrafo(s) #_____ indicado(s).]

**PART [PARTE] 2** THE ABOVE INMATE INFORMATION WAS DETERMINED BY THE COORDINATOR AS ONE OF THE FOLLOWING:
[EL COORDINADOR DETERMINÓ QUE LA INFORMACIÓN ANTERIOR DEL CONFINADO ES UNO DE LOS SIGUIENTES:]

☐ ROUTINE INMATE REQUEST
[PETICIÓN RUTINARIA DEL CONFINADO]

☐ INTERVIEW REQUEST
[PETICIÓN PARA UNA ENTREVISTA]

ROUTINE or URGENT
[RUTINARIO O URGENTE]

RECEIVED BY:_____
[RECIBIDO POR]

SUBJECT OF REQUEST:_____
[TEMA DE LA PETICIÓN]

DATE FORWARDED TO DEPARTMENT:_____
[FECHA EN QUE SE ENVIÓ AL DEPARTAMENTO]

DATE RESPONSE RETURNED TO I/M:_____
[FECHA EN QUE SE DEVOLVIÓ AL CONFINADO]

DEPARTMENT RESPONSIBLE:_____
[DEPARTAMENTO RESPONSABLE]

CASE NUMBER:_____
[NÚMERO DEL CASO]  YEAR [AÑO]  MONTH [MES]  EXCEL LINE [LÍNEA DE EXCEL]

**PART [PARTE] 3** STAFF RESPONSE AREA [ÁREA DE RESPUESTA DEL PERSONAL]:

STAFF SIGNATURE [FIRMA DEL PERSONAL]

DATE [FECHA]

Attachments: From Inmate:_____
[Documentos adjuntos: Del Confinado]
From Staff:_____
[Del Personal]
DOC Staff Response forms:_____
[Formularios de Respuesta del Personal del DOC]

SIGNATURE OF ASST SUPT or APPROPRIATE ADMINSTRATIVE DESIGNEE
[FIRMA DEL SUBSUPT o LA PERSONA ADMINISTRATIVA CORRESPONDIENTE DESIGNADA POR EL]

DATE [FECHA]

**PART [PARTE] 4** INMATE'S ADMINISTRATIVE APPEAL INFORMATION [INFORMACIÓN DE APELACIÓN ADMINISTRATIVA DEL CONFINADO]:

ADDITIONAL ATTACHMENTS:_____
[DOCUMENTOS ADJUNTOS ADICIONALES]

INMATE'S SIGNATURE [FIRMA DEL CONFINADO]

DATE [FECHA]

**PART [PARTE] 5**

DATE APPEAL RECEIVED:_____
[FECHA EN QUE SE RECIBIÓ LA APELACIÓN]

DATE APPEAL RETURNED:_____
[FECHA EN QUE SE DEVOLVIÓ LA APELACIÓN]

APPEAL DECISION AND ADMINISTRATOR'S COMMENTS:
[DECISIÓN SOBRE LA APELACIÓN Y LOS COMENTARIOS DEL ADMINISTRADOR]

☐ UPHELD [CONFIRMADA]  ☐ MODIFIED [MODIFICADA]  ☐ DENIED [NEGADA]

Clerk. U.S. District Court
→ 402 E. State. S.t. Room 2020
Trenton, N.J. 08608

MAIL, To,
Legal

To. Clerk of Court                    1-12-2012
        I Ask that you Accept this
Motion at this time without My Inmate
Account #For the past 6 Months. Due to D.O.C.
refusing to respond to My grievence Form
I Filed on 10-10-2011 requesting My inmate
Account #For the past 6 Months which is why
I lask this Court to please Send this D.O.C.
Administration a court order to give Me My
inmate Account #For the past 6 Month as
well as the gmevance Forms I Filled For.
Admi, Mr. Warren j See Attachments #2, pAge
Admi, Nelson Mr. j       #3 Crazy
Admi, BArns Mr. j        David
                         Shiree
                         Deborah

Mr. DAvid Lee, WoMACK, 4B-R-Cell-8,,
D.O.C. 537-775, SBI-050/569275
Trenton State prison
  p.o. BOX 861
Trenton, New Jersey, 08625

Form: IRSF 103
N.J.A.C. 10A:1-4

**NEW JERSEY DEPARTMENT OF CORRECTIONS**
**INMATE REMEDY SYSTEM**
**CORRECTIVE ACTION FORM**

*Revised 1/2008*

INMATE'S NAME: _Vonnoch_                    SBI#: _0501569775_

Location/Housing Unit: _____

**The below corrective information should be used and followed when submitting for information to Institutional staff on a first time basis. Please take the action noted next to the letter X.**

1. ☐ You must complete the following form marked below and place it into the correct box or send by Truck Mail.
   ☐ Education/Law Library Form and Box.          ☐ DOC, Health Services Request Form and Box (MR-007)
   ☐ Office of the Ombudsman, Request Form and Box.   ☐ I/M Claim for Lost, Damage Prop (Form 943-1)
   ☐ DOC Government Records Request Form (OPRA)    ☐ Request for copies of Medical/Dental Records (MR 022, 301-XII)

2. ☐ You must submit a NJDOC Job Change Form. Once you have completed the form, it must be handed in to your detail supervisor. **Only** the detail supervisor can turn your request into Classification; **OR** A Staff member must submit a staff referral. The staff member must deliver the referral to the appropriate department. **ONLY** staff members can follow-up on completed forms.

3. ☐ Please see your Unit Social Worker to complete the appropriate forms for programs, other related services, and information to include but not be limited to: Social Security Card, Birth Certificate, ISP, ASI/TC, CRP process, Cage Your Rage, FOV and Thinking for a Change.

4. ☐ The form you submitted did not contain **SPECIFIC** information. Please add additional information and resubmit.

5. ☐ Your Inmate Remedy System form contained more than one (1) question, which cannot be handled on the same form. Please familiarize yourself with information on the Remedy System that is listed in the Inmate Handbook and resubmit another Inmate Remedy System form.

6. ☐ Your Inmate Remedy System form was deposited into the _____Box. Please place your Inmate Remedy System form into the Box Marked "Inmate Remedy System Box".

7. ☐ To process, correct or update the NJDOC Telephone IPIN system you need to follow the below process: **(Up to 30 days to process forms)**
   ☐ NJDOC IPIN Assignments UPDATES will be completed on a quarterly basis within your current facility.
   ☐ Telephone System Discrepancy form can be completed at any time, please return/deposit into the _____

8. ☐ The information that you submitted must be placed on the **Inmate Remedy System form** and placed into the **Inmate Remedy System Box**. This will ensure proper tracking of your request. If the form is a similar question or a possible duplicate, **please do not resubmit a new form.**

9. ☐ You submitted the attached letter, form or application into the Inmate Remedy System Box. That box is for the Inmate Remedy System forms only. Please place the letter, form or application into the US Mailbox or _____.

10. ☐ You cannot use the Inmate Remedy System form for DOC disciplinary charges or DOC disciplinary charge appeals.

11. ☐ You submitted your request to the person or department not authorized to handle the Inmate Request System form. The form must be placed into the **Inmate Remedy System Box** in order to be processed correctly.

12. ☐ Your request for Face Sheets, Progress Notes, and Psychological or Medical evaluations cannot be processed. That information is provided or conducted during specific times during your incarceration.

13. ☐ Your request for an updated adjusted Max Date and/or Parole Eligibility Date (PED) is being returned because that information is now provided on a monthly basis on your Inmate Trust Account Statement for **informational purposes only**. If you feel your max and/or parole information is in error, justify the error and submit another Inmate Remedy System form. It should also be noted that your **work & minimum** credits **DO NOT** get updated at the same time as your Inmate Pay.

14. ☐ You cannot write or mark in the shaded area of the Inmate Remedy System form.

15. ☐ Your form is a follow-up question or Appeal to a previous submitted form. You must re-submit your answered form, within 10 days of receipt, with additional information, within Part 4 and place it into the Inmate Remedy System Box for further processing.

16. ☐ This is a duplicate request that is not permitted. Staff is granted up-to a 30-day response time on all requests.

17. ☐ The facility uses an approved Institutional/Department form to handle this matter. The form is _____
   _____ and the form can be received from your _____.

18. ☐ Other: _You should receive it shortly processed_