# WASHINGTON LAWYERS' COMMITTEE
## FOR CIVIL RIGHTS AND URBAN AFFAIRS

February 24, 2012

Clerk of Court
Clarkson S. Fisher Building
& U.S. Courthouse
402 East State Street Room 2020
Trenton, NJ 08608

      RE: Forwarding information for David Womack

Dear Clerks Office:

      I do not represent Mr. Womack in any case before your court, but he asked me to forward the enclosed papers. Any correspondence or notice should continue to be addressed directly to him.

      He did ask me to include that his address has changed, as his prison assignment has been changed. He can be reached at:

      David Womack
      Register Number 08497-007
      USP FLORENCE - HIGH
      U.S. PENITENTIARY
      P.O. BOX 7000
      FLORENCE, CO  81226

Thank you very much.

                Sincerely yours,

                *[signature]*

                Deborah M. Golden, Esq.